UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JIMMY I. DELAMATER, )
) No. 4:15-CV-5059-JLQ
)
Plaintiff, ) ORDER DIRECTING ENTRY
vs. ) OF JUDGMENT AND CLOSING
) FILE
)
SUPERINTENDENT HOLBROOK, et al., )
)
Defendants. )
_____ )

BEFORE THE COURT is the Stipulated Motion for Dismissal with Prejudice (ECF No. 56). Therein, Plaintiff and the remaining Defendants stipulate to dismissal of the Complaint with prejudice and in accord with the Release and Settlement Agreement (ECF No. 56, Ex. 1). **IT IS HEREBY ORDERED:**

1. The Stipulated Motion to Dismiss (ECF No. 56) is **GRANTED**.

2. The Clerk is directed to enter Judgment of dismissal of the Second Amended Complaint (ECF No. 11) and the claims therein with prejudice and without costs or attorneys fees to any party.

3. The proposed Order (ECF No. 56-2) asks the court to retain jurisdiction to enforce the terms of the Settlement Agreement. The court will retain jurisdiction.

**IT IS SO ORDERED**. The Clerk shall file this Order, enter Judgment, furnish copies to counsel, and close this file.

Dated this 12th day of April, 2017.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1