# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2017

SEAN F. McAVOY, CLERK

JIMMY I DE LA MATER,

*Plaintiff*

v.

SUPERINTENDENT HOLBROOK, et al.

*Defendant*

Civil Action No. 4:15-cv-05059-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulated Motion to Dismiss with Prejudice (ECF No. 56) is GRANTED. The Second Amended Complaint (ECF No. 11) and the claims therein are Dismissed with Prejudice and without costs or attorneys fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge JUSTIN L. QUACKENBUSH on a motion to dismiss.

Date: 4/12/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*
Tonia Ramirez